Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOCIATES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANY GROUP LLC, a New York limited liability company; RAINBOW SHOPS, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 14-1757 PA (FFMx)<br>*Honorable Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF ACTION** |

**ORDER**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Date: December 22, 2014        By: _____
                                 HON. PERCY ANDERSON
                                 U.S. DISTRICT COURT